IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JANE DOE, INDIVIDUALLY AND ON BEHALF OF ALL OTHERS SIMILARLY SITUATED,<br>　　　　Plaintiff<br><br>　　v.<br><br>GEISINGER HEALTH and DOE ENTITIES 1-99,<br>　　　　Defendants | No. 3:23cv1525<br><br>(Judge Munley)<br><br>Class Action |

## ORDER

In accord with the accompanying memorandum, the court concludes that it lacks jurisdiction over this case. Accordingly, this action is hereby **REMANDED** to the Court of Common Pleas of Lackawanna County pursuant to 28 U.S.C. § 1447(c).

Date: 2/24/25

BY THE COURT:

_____
JUDGE JULIA K. MUNLEY
United States District Court